# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| HAMID KHAN, | ) |
| Petitioner, | ) ) ) |
| v. | )  Case No.: 4:19-cv-0543-MHH-SGC |
| SHERIFF JOHN HORTON, et al., | ) ) ) |
| Respondents. | ) |

## MEMORANDUM OPINION

The magistrate judge entered a report on May 21, 2019, recommending that the Court grant respondents' motion to dismiss based on Mr. Khan's removal to Pakistan on May 13, 2019. (Doc. 8). Although the magistrate judge advised the parties of their right to file specific written objections within 14 days, the Court has not received objections.[1]

Having carefully reviewed and considered the materials in the court file, including the report and recommendation, the Court adopts the magistrate judge's report and accepts her recommendation. By separate order, the Court will dismiss this action as moot.

---

[1] Earlier orders mailed to Mr. Khan at the Etowah County Detention Center were returned by the U.S. Postal Service as undeliverable. (Docs. 9, 10).

**DONE** this 7th day of June, 2019.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE